UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN CREDICO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:24-cv-00931-JRS-TAB ) |
| UNKNOWN MEDICAL STAFF OF HAMILTON COUNTY JAIL, | ) ) ) |
| Defendant. | ) ) ) |
| HAMILTON COUNTY SHERIFF, | ) ) |
| Interested Party. | ) |

**ORDER**

Plaintiff's motion asking the Court to compel non-parties Hamilton County Sheriff ("Sheriff") and Comprehensive Correctional Care ("CCC") to respond to his discovery requests, dkt. [36], is **denied without prejudice**. As the Court has already informed Plaintiff, all motions to compel must include a certification showing that the moving party conferred with the opposing party before seeking Court intervention. Dkt. 29. Plaintiff's motion includes no such certification. In addition, there is no indication that the motion was mailed to counsel for CCC, who has not appeared in this case and, thus, would not have received notice of the motion when it was docketed in the Court's CM/ECF system. Finally, the motion does not identify any problems with the Sheriff's responses to any discovery requests. It mentions only CCC's responses.

SO ORDERED.

Date: 8/5/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

JUSTIN CREDICO
Unhoused
jmc31337@gmail.com

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov