UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Indianapolis Division

JUSTIN CREDICO,                                         )
                                                        )
                    *Plaintiff*,                        )
                                                        )
        vs.                                             ) CASE NO. 1:24-cv-00931-JRS-TAB
                                                        )
COMPREHENSIVE CORRECTIONAL CARE                         )
FOR HAMILTON COUNTY,                                    )
                                                        )
                    *Defendant*.                        )

## NOTICE OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for **Comprehensive Correctional Care of Hamilton County**.

Dated: November 19, 2025                 Respectfully submitted,

                                         DREWRY SIMMONS VORNEHM, LLP

                                         */s/ Sean T. Devenney*
                                         Sean T. Devenney, #21440-53
                                         DREWRY SIMMONS VORNEHM, LLP
                                         736 Hanover Place, Ste 200
                                         Carmel, IN 46032
                                         Ph: (317) 580-4848
                                         Fax: (317) 580-4855
                                         sdevenney@dsvlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 19, 2025, a true and complete copy of the foregoing document was filed electronically via the Court's ECF system and I further certify that on November 19, 2025, the foregoing document was mailed, by United States Postal Service, first class postage prepaid, to the following non-CM/ECF Plaintiff:

Justin Credico
Jmc31337@gmail.com
*Pro Se Plaintiff*

/s/ *Sean T. Devenney*
Sean T. Devenney

Sean T. Devenney, #21440-53
Melanie A. Kalmbach, #34800-49
**DREWRY SIMMONS VORNEHM, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
Ph: (317) 713-6046
Fax: (317) 580-4855
sdevenney@dsvlaw.com
mkalmbach@dsvlaw.com