UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JUSTIN CREDICO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00931-JRS-TAB |
| ) | |
| COMPREHENSIVE CORRECTIONAL CARE ) | |
| FOR HAMILTON COUNTY, ) | |
| ) | |
| Defendant. ) | |

**SHOW CAUSE ORDER**

Defendant Comprehensive Correctional Care for Hamilton County filed its answer on January 14, 2026. Dkt. 49. In its answer, it is unclear whether Defendant raises the affirmative defense that Plaintiff Justin Credico failed to exhaust his administrative remedies. The Answer states, in part, "Defendant admits that Plaintiff exhausted his administrative remedies . . ., albeit untimely and not prior to filing his initial Complaint with this Court." *Id.* at 3. No affirmative defense explicitly invokes an exhaustion defense.

Because the exhaustion defense must be resolved before this action can proceed to the merits, *White v. Bukowski*, 800 F.3d 392, 394 (7th Cir. 2015); *Pavey v. Conley*, 544 F.3d 739, 742 (7th Cir. 2008), and because Defendant has not clearly stated whether it is pursuing the defense, the Court orders Defendant to clarify this ambiguity.

Defendant shall have **through January 26, 2026**, in which to file a notice with the Court identifying whether its Answer incorporates an affirmative defense of Plaintiff's failure to exhaust administrative remedies. **Failure to file such notice by the above deadline constitutes an abandonment of the exhaustion defense.**

IT IS SO ORDERED.

Date: 1/15/2026

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

JUSTIN CREDICO
Unhoused
jmc31337@gmail.com

Katherine Lynn Bingaman
Drewry Simmons Vornehm LLP
kbingaman@dsvlaw.com

Sean Thomas Devenney
DREWRY SIMMONS VORNEHM, LLP (Carmel)
sdevenney@dsvlaw.com

Melanie A. Kalmbach
DREWRY SIMMONS VORNEHM, LLP (Carmel)
mkalmbach@dsvlaw.com

Adam Scott Willfond
Hamilton County Legal Department
adam.willfond@hamiltoncounty.in.gov