UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

---

| | | |
|---|---|---|
| Justin Credico, | ) | Case No. 1:24-cv-00931-JRS-TAB |
| Plaintiff, | ) | Plaintiff's Response to Defendant |
| v. | ) | Comprehensive Correctional Care |
| COMPREHENSIVE | ) | RE: Exhaustion Defense |
| CORRECTIONAL, | ) | |
| CARE, et al., | ) | |
| Defendants. | ) | |

**FILED**

**01/15/2026**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Kristine L. Seufert, Clerk**

---

PLAINTIFF'S RESPONSE TO DEFENDANT COMPREHENSIVE

CORRECTIONAL CARE

RE: EXHAUSTION

---

## REPLY IN RESPONSE

_____

Plaintiff, Justin Credico hereby serves this reply in response re: "CCC" and Exhaustion of Available Remedies

1. Plaintiff states he fully exhausted all remedies for Constitutional federal jurisdiction and the supplemental State tort (malpractice) jurisdiction

2. Credico raised, properly preserved, and gave notice of res ipsa re: malpractice

3. Credico raised, properly preserved, and gave notice of the 14th Amendment deliberate indifference claims

4. Credico raised , properly preserved, and gave notice, to any other remaining claims that may be discoverable

5. Credico attaches hereto, records from the prison wherein he fully exhausted Fed Constitutional jurisdiction claims

FACTS ON RECORD

_____

The following facts pertain to this reply:

1. All facts are well known to parties at this point

2. For purposes of this reply re: Exhaustion, the "CCC" response to the court

order for Cause (see Doc 50, 1/15/26)  and (see Doc. 51, 1/15/26

3. The attached exhibits hereto

4. Supplemental jurisdiction allows all underlying state tort claims to be

heard in fed courts

5. Although Credico did not send the Indiana Department/Bureau Insurance,

per I.C. § 34-18-8-6, he therefore may only proceed up to 15,0000 for

malpractice state torts

6. Failure to provide In. Dept. Insurance the administrative form is NOT fatal

to his claims under state law

Defendants Minimizing Responses

_____

Turning to defendant's filings:

1. We see the defendants clearly state they are not raising an exhaustion defense, nor could they

2. Secondly, we see the defendants state "Although plaintiff DID NOT EXHAUST" and this is misrepresentation. A) the grievances (exhaustion,) OBVIOUSLY were filed prior to suit and are attached as exhibits

CONCLUSION

_____

WHEREFORE, Plaintiff having properly exhausted his claims and defense not raising said affirmative defense allows Credico to proceed with his case and defendants affirmative exhaustion defense is MOOT

DECLARATION

(28 USC 1746)

_____

I hereby declare the enclosed statements and facts are true and correct to the best of my knowledge under penalties of perjury and falsification to authorities, indicated by my electronically signature below

CERTIFICATE OF SERVICE

_____

I hereby certify that on this 15th day of January 2026, one true copy of the enclosed Reply/Response re: Exhaustion, was sent via Electronic Case Filing and to all interested parties who have entered their appearance

1/15/2025                                      /s/ Justin Credico

_____                    _____

DATED                                         Justin Credico

                                                      Homeless

                                                      jmc31337@gmail.com