Case 1:24-cv-00931-JRS-TAB    Document 52-1    Filed 01/15/26    Page 1 of 8 PageID #: 336

# Grievance #449034781

**Profile Photo:**



Released

**Audit Photo:**

### Inmate Info

**Name:** JUSTIN CREDICO
**Submitted Date:** 05/16/24 14:56
**Submitted Room:** R6/R12
**Current Room:** R6/R12
**Facility:** Hamilton County Jail, IN
**MAC ID:** B8133264EC2E
**Device ID:** B8133264EC2E

### Form Info

**Category:** Inmate Grievance
**Form:** Medical Grievance

### Grievance Info

**Status:** CLOSED **by** Cpt Bauer
**Facility Deadline:** 05/31/24 23:59
**Grievance Level:** 3
**Inmate can reply:** No

**Summary:**

Ear pain

**Details:**

**What is your medical grievance?:**
Nurse the other day ordered ear wax meds which have to be delivered
In the interim I'm still having serious ear pain and headaches
I need some ibuprofen which I had thought they would have ordered since I specifically stated I'm having
and have been having pain

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/25/24 21:31 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/20/24 19:11 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/20/24 09:26** | **Cpt Bauer** | **Staff Response** | **Inmate Credico, there is no additional charge for a follow up sick call. There would be only a charge for any additional medication provided. We just have to have it in writing on a slip that you are requesting the IBU for pain while waiting on ear drops.** |
| 05/20/24 09:26 | Cpt Bauer | Changed Status | From 'Open' to 'Closed' |
| 05/18/24 22:50 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/18/24 10:54 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/17/24 16:26** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/17/2024 16:26 –05:00 Response: Here's the timeline: 1) talked to a Medline staff who said fill out a slip and say your ear causing pain - which I** |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| | | | did 2) saw a nurse who confirmed I had inflammation and total clogging of left ear 3) asked Medline guy where's the ibuprofen he said file grievance 4) did that - here's the grievances 5) same guy says now fill out a request (now we're back to step 1,) the runaround 6) this level 2 reply per handbook fully exhausted available remedies Still waiting for pain meds off the first request (shrug) |
| 05/17/24 16:26 | | Changed Status | From Closed to Open due to Appeal |
| 05/17/24 16:26 | | Changed Level | Level changed from 2 to 3 due to Appeal |
| 05/17/24 16:20 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/17/24 13:25** | **Kevin Benson** | **Staff Response** | **Inmate Credico, If you are having pain or have a medical issue you would like treated you must put in a slip to be seen by the doctor. Medical staff cannot give you any medication with an order from the doctor to include tylenol or ibuprofen. You, yourself are able to purchase Tylenol or Ibuprofen off of commissary if you would like.** |
| 05/17/24 13:25 | Kevin Benson | Changed Status | From 'Open' to 'Closed' |
| 05/17/24 13:08 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/17/24 13:07** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/17/2024 13:07 -05:00 Response: Yeah no That's not what 8th amndt deliberate indifference standard says I already stated I am having severe pain n headaches in first request This repetitive file and refile and pay $15 isn't right I feel like its the typical govt merry go round spin move time n time again I'd like this grievance to reflect I'm appealing refusal of pain meds (ibuprofen,) and had already stated im experiencing pain going on 4 days now Notwithstanding 1915(g) fed statutory law, seeking 75k $'s for this in fed court** |
| 05/17/24 13:07 | | Changed Status | From Closed to Open due to Appeal |
| 05/17/24 13:07 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/17/24 13:02 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/17/24 13:02 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/17/24 07:42** | **Nurse Abby** | **Staff Response** | **Mr. Credico, We can not provide medication without a doctor's order. You can buy Ibuprofen from commissary in the mean time or place a follow up sick call requesting ibuprofen. Thank you** |
| 05/17/24 07:42 | Nurse Abby | Changed Status | From 'Open' to 'Closed' |
| 05/16/24 20:54 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/16/24 14:57 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/16/24 14:56** | **JUSTIN CREDICO** | **Submitted New** | **Ear pain** |

# Grievance #450483361

**Profile Photo:**



Released

**Audit Photo:**



### Inmate Info

**Name:** JUSTIN CREDICO
**Submitted Date:** 05/21/24 14:37
**Submitted Room:** R6/R12
**Current Room:** R6/R12
**Facility:** Hamilton County Jail, IN
**MAC ID:** B8133264EC2E
**Device ID:** B8133264EC2E

### Form Info

**Category:** Inmate Grievance
**Form:** Medical Grievance

### Grievance Info

**Status:** CLOSED **by** Kevin Benson
**Facility Deadline:** 06/12/24 23:59
**Grievance Level:** 2
**Inmate can reply:** No

**Summary:**

2nd full round grievance re: ear pain

**Details:**

**What is your medical grievance?:**
For a week I've been in pain
For two days I was told this ear flush would happen and DID NOT
Today just 5 minutes ago I hit the button a sheriff shows up
I tell em I've been in so much pain I'm sweating now (he can confirm and the nurse with him)
When they reviewed my statements I was told all that med talk saying the flush would happen (2 days now,) was all spin move (my words,) talk
I was never put on the med board to be seen, so all this pain and deafness (for a week,) could've been avoided for 2 days but I was lied to my face - when I've been nothing but respectful and using law
Last night the nurse was trying to say I was coming at him aggressive as tho its some tactic to be used against me for court too
A completely ridiculous accusation instead of treatment
The statement now, is tonight I'm on the board (shrug) to be seen

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 06/02/24 17:02 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/29/24 16:18** | **Kevin Benson** | **Staff Response** | **Nurse Mullins has informed me that your ear has been flushed and is completely cleaned and clear.** |
| 05/29/24 16:18 | Kevin Benson | Changed Status | From 'Open' to 'Closed' |
| 05/25/24 13:52 | JUSTIN CREDICO | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| **05/23/24 21:35** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/23/2024 21:35 -05:00 Response: Naa see related grievance Nurse just said y'all done with trying to help None this makes up for the abuse I had yesterday The two removal of my name from med board despite ya nurse staff lying to my face The tinnitus ear ringing My step dad was obgyn MD I'm not a noon Anyway close that case so I can use fed court to decide best course of redress for ongoing injury** |
| 05/23/24 21:35 | | Changed Status | From Closed to Open due to Appeal |
| 05/23/24 21:35 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/23/24 21:32 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/23/24 13:09** | **Nurse Abby** | **Staff Response** | **Mr. Credico, I attempted to give you IBU and conduct your sick call this morning, but you refused to exit your cell. Thank you** |
| 05/23/24 13:09 | Nurse Abby | Changed Status | From 'Open' to 'Closed' |
| 05/22/24 11:18 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/21/24 14:37** | **JUSTIN CREDICO** | **Submitted New** | **2nd full round grievance re: ear pain** |

# Grievance #450742851



**Profile Photo:**

Released

**Audit Photo:**



**Inmate Info**

**Name:** JUSTIN CREDICO
**Submitted Date:** 05/22/24 11:22
**Submitted Room:** R6/R12
**Current Room:** R6/R12
**Facility:** Hamilton County Jail, IN
**MAC ID:** B8133264EC2E
**Device ID:** B8133264EC2E

**Form Info**

**Category:** Inmate Grievance
**Form:** Medical Grievance

**Grievance Info**

**Status:** CLOSED **by** Kevin Benson
**Facility Deadline:** 06/12/24 23:59
**Grievance Level:** 2
**Inmate can reply:** No

**Summary:**

450483361 continued

**Details:**

**What is your medical grievance?:**
This nurse this morning just hurt my ear so bad it caused ringing tinnitus to come back from last nights poor attempt to flush
If they can't get this done right then have a real doctor or the lady redhead do it bcuz she seems know what she doing
This goes to fed court for 150k

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 07/03/24 13:44 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/29/24 16:17** | **Kevin Benson** | **Staff Response** | **Nurse Mullins has informed me that your ear has been flushed and is completely cleaned and clear.** |
| 05/29/24 16:17 | Kevin Benson | Changed Status | From 'Open' to 'Closed' |
| 05/25/24 21:31 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/23/24 21:26 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/23/24 21:26** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/23/2024 21:26 -05:00 Response: No I was sick from that fever and tinnitus where your nurse shoved that ear wax tube so hard into my ear yesterday morning that my inner ear equilibrium was off even where it was difficult getting breakfast walking down the stairs In any case attempting to tell me that you're not** |

Case 1:24-cv-00931-JRS-TAB    Document 52-1    Filed 01/15/26    Page 6 of 8 PageID #: 341

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
|  |  |  | dealing with me anymore and not finishing treatment ear drainage and flush doesn't fix my health issue and tinnitus and pain Nice try tho this matter is considered exhausted as your nurses have abused my ear and stated finally not dealing with me Nice Hippocratic oath too yankin my ear Off to fed court 1983 |
| 05/23/24 21:26 |  | Changed Status | From Closed to Open due to Appeal |
| 05/23/24 21:25 |  | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/23/24 21:21 | JUSTIN CREDICO | Viewed Staff Response |  |
| **05/23/24 13:10** | **Nurse Abby** | **Staff Response** | **Mr. Credico, I attempted to see you for this complaint this morning and provide you with medication. However, you refused to exit your cell and be seen.** |
| 05/23/24 13:10 | Nurse Abby | Changed Status | From 'Open' to 'Closed' |
| 05/22/24 20:42 | JUSTIN CREDICO | Viewed Staff Response |  |
| **05/22/24 11:22** | **JUSTIN CREDICO** | **Submitted New** | **450483361 continued** |

5/29/25, 8:42 AM
Case 1:24-cv-00931-JRS-TAB    Document 52-1    Filed 01/15/26    Page 7 of 8 PageID #:
342
cc-snap.telmate.com/admin/grievances/documents/451957101?print_html=true&no_notes=true&

# Grievance #451957101

**Profile Photo:**



Released

**Audit Photo:**

### Inmate Info

**Name:** JUSTIN CREDICO
**Submitted Date:** 05/26/24 15:40
**Submitted Room:** R6/R12
**Current Room:** R6/R12
**Facility:** Hamilton County Jail, IN
**MAC ID:** B8133264EC2E
**Device ID:** B8133264EC2E

### Form Info

**Category:** Inmate Grievance
**Form:** Medical Grievance

### Grievance Info

**Status:** CLOSED **by** Kevin Benson
**Facility Deadline:** 06/18/24 23:59
**Grievance Level:** 2
**Inmate can reply:** No

**Summary:**

Re: ear issue (continued)

**Details:**

**What is your medical grievance?:**
So she (unknown nurse,) tried to flush but the problems here are
I had to stop it several times bcuz the pain and ear ringing and now full deafness kicked back in
Then we continued it and I had to put up with the pain and we tried to flush
Its noted a second unknown nurse stated she confirmed its totally clogged, I'm going to have ear ringing with that much foreign object stuff in there
Third I had to remind them the ear wax softener drops had been stopped per the other grievance
Then they agreed with me that the drops needed restarted and maybe another flush
Fourth I didn't get ibuprofen for the pain and I already used the 1 indigent pack acetaminophen for the week off commissary

Had already file fed claims and injunction this morning prior to this
Indiana MMA w/o panel from department of insurance makes this either res ipsa loquitur or less than 10k notwithstanding supplemented fed court jurisdiction for 8th amendment

But Im still trying to listen to what they had to say and being respectful to your staff and theirs despite the cussing by the nurse
I'm not cussing at y'all tho (shrug)

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 08/01/24 13:51 | JUSTIN CREDICO | Viewed Staff Response | |
| 06/05/24 20:10 | JUSTIN CREDICO | Viewed Staff Response | |

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/30/24 19:07 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/29/24 16:19** | **Kevin Benson** | **Staff Response** | **Nurse Mullins has informed me that your ear has been flushed and is completely cleaned and clear.** |
| 05/29/24 16:19 | Kevin Benson | Changed Status | From 'Open' to 'Closed' |
| **05/29/24 10:47** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/29/2024 10:47 -05:00 Response: I already told you I had inner ear equilibrium issues when I missed the ibu and the one flush And most importantly two days ago at 11:45pm a nurse came to treat a boil that I never requested nor had Told me a doc would be hereto see me which was a lie since the night nurse yesterday said doc was not here Then told me yesterday the doc would be here to see me this morning which was a lie So that's 5 lies and a fake boil and a three missed IBU bcuz y'all refused to understand inner ear equilibrium and fever issues Y'all bunch liars get a lawyer and me a doctor** |
| 05/29/24 10:47 | | Changed Status | From Closed to Open due to Appeal |
| 05/29/24 10:47 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/29/24 10:42 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/29/24 10:41 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/28/24 08:54** | **Nurse Abby** | **Staff Response** | **Mr. Credico, All orders come from the doctor. Ear drops x 3 days, flush day 4 5/18 - Ear drops 5/19 - Ear drops 5/20 - Ear drops 5/21 - Ear Flushed Ibuprofen x 3 days 5/22 - Ibuprofen 5/23 - Ibuprofen; You refused to come to med line to take morning dose 5/23 - Sick Call; You refused to leave your cell and be seen for sick call 5/24- Ibuprofen; You refused to come to med line to take morning dose You reported continued pain 5/25 5/26 - Ear drops ordered to restart 5/27 - Ear drops & added to the doctor's list. Please** |
| 05/28/24 08:54 | Nurse Abby | Changed Status | From 'Open' to 'Closed' |
| **05/26/24 15:40** | **JUSTIN CREDICO** | **Submitted New** | **Re: ear issue (continued)** |