AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Indiana__

Justin Credico

V.

Comprehensive Correctional Care

**EXHIBIT AND WITNESS LIST**

Case Number: 1:24-cv-00931-JRS-TAB

| PRESIDING JUDGE<br>Judge James R. Sweeney II | PLAINTIFF'S ATTORNEY<br>Justin Credico (pro se) | DEFENDANT'S ATTORNEY<br>Drewry Simmons Vornehm LLP |
|---|---|---|
| TRIAL DATE (S)<br>TBD | COURT REPORTER<br>TBD | COURTROOM DEPUTY<br>TBD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/15/2026 | | | Witness Nick Hardisty |
| 2 | | 1/15/2026 | | | Medical Grievances (8 pages) |

**FILED**
01/15/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages