IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN

DISTRICT OF INDIANA

**FILED**

**03/29/2026**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Kristine L. Seufert, Clerk

Justin Credico                               ) Cause No: 1:24-cv-00931-JRS-TAB

                v.                               ) MOTION FOR COMPELLED

                                   ) DISCLOSURE AND ISSUANCE

                                   ) OF THIRD PARTY SUBPOENA

Comprehensive Correctional Care       )

MOTION FOR COMPELLED DISCLOSURE AND ISSUANCE OF THIRD

PARTY SUBPOENA

RELIEF REQUESTED

Plaintiff in the above captioned case matter hereby seeks the following

relief:

1) Court to issue a compelled disclosure order, and

2) Third Party Subpoena Issuance to Hamilton County Sheriffs

FACTS ON RECORD

1. Per the District Court order (Pacer document 54-345 dated 1/21/26) setting Discovery/Disclosure, settlement and potential trial dates, all facts since this order are well known to all parties involved, and furthermore;

2. Plaintiff having received some but not all relevant documents to this case seeks follow up records which most certainly should exist in this matter

I. DEFENDANT COMPREHENSIVE CORRECTIONAL CARE

a. The plaintiff has recived grievances and medical records from the party Comprehensive Correctional Care and interested party Hamilton County Sheriffs

b. However, Plaintiff seeks follow up records from Defendants specifically related to his incident of plaintiff's attempted Mental Health allegations (See attached Exhibit A)

c. Plaintiff seeks the follow up records from Defendants  specifically related to his allegations of poor treatment over a fake medical boil that never existed (see Exhibit C plaintiff's grievance over this incident)

d. Plaintiff also has attached his witnesses Declaration showing Plaintiff's veractity in the matters (he isnt lying,this really happened) (See Attached Nicks Witness Declaration)

e. Plaintiff seeks formal declarations from Defendant as to why these records which should exist may not be obtained; whether by purging, lost, or failure to abide by record rentention statutes of the state (see Indiana Code 5-15-6-4)

f. Plaintiff seeks the follow up physician reports which should exist (see Exhibit B) or formal declaration as to why such records do not exist for reasons of purging, lost, or failure to follow records retention policies

## II. INTERESTED PARTY HAMILTON COUNTY SHERIFFS

a. Plaintiff has also attached hereto a Subpoena request to be issued from the court to the interested party Hamitlon County Sherriffs for all R-Block Max Security call-out logs indicating everytime an inmate is taken from his block

b. Per the same Indiana Statute (Id.) these records should exist and plaintiff would like a formal declaration from interested party Sheriffs as to why they may not be obtained for reasons of perguing, lost, or policy retention failures, if they cannot be produced to Plaintiff

c. Plaintiff's Witness Declaration (see Attached Nick's Witness Declaration Exhibit) bolsters Plaintiff's veracity regarding these incidents and matters

ARGUMENT

## I. COMPREHENSIVE CORRECTIONAL CARE

Per the court's order any party seeking a more formal order for disclosure must seek motion for such records after trying to work the matter between parties.

Federal court oprder rule states that any requests must also be attached to the motion indicating how the parties attempted to work the matter out

Plaintiff has sought for these records since the initiation of this suit and has received some but not responsive records which should exist. And in Plaintiff s personal experience with psychological Mental Health from the government before, these are NOT all responsive records by any means. Its noted, that the government was even mispelling words throught the attempted Mental Health Commitmment which flies in face of one's right to refuse unwarranted treatment and one's constitutional rights. Plaintiff has attached hereto (Request 1) showing his attempt to informally resolve this matter


## II. INTERESTED PARTY SHERIFFS

Additionally, plaintiff seeks a subpoena to the interested party Hamilton County Sheriffs. Plaintiff seeks government logs relating to each time he was removed from the R-Block maximum security block for any reasons relating to Mental Health and Medical

These records would further the veracty of plaintiffs allegations in the matter. And, Plaitniff in-person spoke with the facility REcords Dept of the County Jail and was told that we would have to seek such records from the Records Dept and should first send an email relating as to which reocrds he seeks. He did so and they are attached (see Request 2)

CONCLUSION

WHEREFORE, plaintiff showing that he attempted to obtain follow up responsive records and was unsuccessful, and plaintiff having shown to the Court with specificity as to the records he seeks, should be granted this subpoena and disclosure request

DECLARATION

(28 USC 1746)

I hereby declare that the follwing records, facts, and arguments are true and correct to the best of my knowledge and belief under penalties of perjury

CERTIFICATE OF SERVICE

I hereby certify that one true and correct copy of the enclosed Motion for

Disclosure and Subpoena, Witness Declaration, Copy of Subpoena, Exhibits A-C,

and Requests 1-2 were all sent on March 29th 2026 to all parties with entry of

appearance

3/29/26                                        /s/ Justin Credico

_____                                        _____

DATED                                          Justin Credico