| NOTE | 05/07/2024 | Mental health check. | He was seen because he stated to the officer that he would like to renounce American citizenship and become a Russian citizen. This statement seemed unusual to the officer, and he wanted to know if the pateitn suffers from mental condition. The patient was oriented x 4. His speech was clear and goal oriented. The pateitn denied a history of mental health treatment. The pateitn stated that he is dissatisfied with American government and the stated of affairs in the e US. He stated that he attempted to renounce American citizenship for the first time in 2012. Mental Health will follow up as needed or as requested. (Created By Basinski, Zig) (Last Updated By ) | Account, Primary Tech Support | 05/07/2024 03:06 PM | Abraham, Roy Roy Abraham, MD |