CREDICO, JUSTIN #185682   05/01/2024 - 07/24/2025

# Healthcare Requests

| Type | Due Date | Priority | Subject | Note | Created By | Created | Status | Resolved By | Signed Off By |
|---|---|---|---|---|---|---|---|---|---|
| See Physician | 05/27/2024 | NA | See Physician | See Physician (Created By Putty, Michelle) (Last Updated By Mullins, Gay) | Account, Primary Tech Support | 05/28/2024 09:52 AM | Signed Off | | Abraham, Roy Roy Abraham, MD |



3C_3