5/29/25, 8:42 AM
cc-snap.telmate.com/admin/grievances/documents/451957101?print_html=true&no_notes=true&
Case 1:24-cv-00931-JRS-TAB   Document 55-3   Filed 03/29/26   Page 1 of 1 PageID #: 360

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/30/24 19:07 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/29/24 16:19** | **Kevin Benson** | **Staff Response** | **Nurse Mullins has informed me that your ear has been flushed and is completely cleaned and clear.** |
| 05/29/24 16:19 | Kevin Benson | Changed Status | From 'Open' to 'Closed' |
| **05/29/24 10:47** | **JUSTIN CREDICO** | **Escalated** | **CREDICO, JUSTIN has escalated the grievance on 05/29/2024 10:47 -05:00 Response: I already told you I had inner ear equilibrium issues when I missed the ibu and the one flush And most importantly two days ago at 11:45pm a nurse came to treat a boil that I never requested nor had Told me a doc would be hereto see me which was a lie since the night nurse yesterday said doc was not here Then told me yesterday the doc would be here to see me this morning which was a lie So that's 5 lies and a fake boil and a three missed IBU bcuz y'all refused to understand inner ear equilibrium and fever issues Y'all bunch liars get a lawyer and me a doctor** |
| 05/29/24 10:47 | | Changed Status | From Closed to Open due to Appeal |
| 05/29/24 10:47 | | Changed Level | Level changed from 1 to 2 due to Appeal |
| 05/29/24 10:42 | JUSTIN CREDICO | Viewed Staff Response | |
| 05/29/24 10:41 | JUSTIN CREDICO | Viewed Staff Response | |
| **05/28/24 08:54** | **Nurse Abby** | **Staff Response** | **Mr. Credico, All orders come from the doctor. Ear drops x 3 days, flush day 4 5/18 - Ear drops 5/19 - Ear drops 5/20 - Ear drops 5/21 - Ear Flushed Ibuprofen x 3 days 5/22 - Ibuprofen 5/23 - Ibuprofen; You refused to come to med line to take morning dose 5/23 - Sick Call; You refused to leave your cell and be seen for sick call 5/24- Ibuprofen; You refused to come to med line to take morning dose You reported continued pain 5/25 5/26 - Ear drops ordered to restart 5/27 - Ear drops & added to the doctor's list. Please** |
| 05/28/24 08:54 | Nurse Abby | Changed Status | From 'Open' to 'Closed' |
| **05/26/24 15:40** | **JUSTIN CREDICO** | **Submitted New** | **Re: ear issue (continued)** |