On Mon, Mar 23, 2026, 2:03 PM Kalmbach, Melanie <mkalmbach@dsvlaw.com> wrote:

Good afternoon, Mr. Credico,

I have produced all documentation that I received from 3C regarding your detention at Hamilton County Jail. I also double checked with 3C to ensure that I received all documentation maintained by it with respect to your care and treatment at Hamilton County Jail. I am not in receipt of any records from Hamilton County Sheriff's Office regarding the alleged boil treatment that you referenced in your email. The only records you forwarded with your Initial Disclosures are your grievance records and your own note about a fake boil. Please forward any additional documents you received from the Hamilton County Sheriff's Office to me as a supplement to your Initial Disclosures.


Thank you,

Melanie A. Kalmbach

Partner

**Drewry Simmons Vornehm, LLP**

736 Hanover Place, Suite 200

Carmel, IN 46032