

# Records Discussion

1 message

**J** <jmc31337@gmail.com>                                   Thu, Mar 26, 2026 at 2:27 PM
To: sheriff.records@hamiltoncounty.in.gov

As you may or may not be aware, I think you are, words travel fast in prison walls

You're entity is an interested party in a civil litigation matter

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA INDIANAPOLIS DIVISION

 JUSTIN CREDICO V. COMPREHENSIVE CORRECTIONAL CARE FOR HAMILTON COUNTY


No. 1:24-cv-00931-JRS-TAB


And C.C.C is playing hardball with records. I would like to know if I may be able to ascertain whether or not you keep central control logs for longer than 180 days for every time an R-Block Max Security inmate is taken for any reason like medical off the block

I had filed grievances over this issue and was told that because I did for grievances on an issue, that would probably cause your records staff to hold on to the records longer than 180days

I can get you the exact time frame if you need as the call out was around 7pm time period which is unusual for medical call outs on this R-block max security level