IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT

OF

INDIANA

---

| | | |
|---|---|---|
| JUSTIN CREDICO, | ) | CAUSE NO: 1:24-cv-00931-JRS-TAB |
| Plaintiff (pro se) | ) | |
| v. | ) | |
| HAMILTON COUNTY JAIL | ) | |
| COMPREHENSIVE | ) | |
| CORRECTIONAL CARE | ) | |
| Defendants | ) | |

---

DECLARATORY STATEMENT

FROM PLAINTIFF'S WITNESS: NICK HARDISTY

28 U.S.C § 1746

---

DECLARATION

---

I, Nick Hardisty, do hereby affirm and declare that the following statements and facts

are true and correct to the best of my knowledge and belief, under penalties of perjury

in accordance with 28 U.S.C § 1746

1. I was cellmate to Justin Credico during the time of the alleged incidents which transpired on or about May 2024 to July 2024 and during that time Mr. Credico began suffering from a ear infection which progressively worsened

2. Throughout this time period I witnessed Mr. Credico file several grievances which must be done on the computer system located on the housing unit of R-Block. Grievances are filled out using the digital grievance system. Mr. Credico had me witness him filling out grievances for two reasons, 1) so we know each other is not snitching, 2) and for witness purposes

3. I witnessed Mr. Credico's ear infection progressively get worse over the months. I witnessed his ear injury go from pain and temporary loss of hearing, to him getting sick to the point where he had ot send me to get his inamte food which gets delivered to the block 3 x's a day.

4. Because inmates are not just allowed to walk up and retrieve each other's food for theft security purposes, the Sheriff guard questioned me as to why I was retrieving another inmate's food. I explained to him that Mr. Credico was having real problems with his ear

5. The sheriff eventually either noted this, or relayed the explanation to his superior because the Sheriffs eventually sent someone to verify Mr. Credico's ear injury. It was explained to the sheriff that medical requests were being sent, but treatment is taking awhile

6. Mr. Credico hit the emergency medical button on one occasion shortly thereafter, which caused the Sheriffs to come to the cell. Upon arrival I witnessed Mr. Credico explain that he can't even get his own food because of his ear injury and is having

a hard time.

7. Mr. Credico eventually hit the emergency button because he was having real trouble standing, and was sending me to get his food which was beginning to cause the Sheriffs some more concern. It was at this point the Sheriff's escalated the medical situation, came to cell to verify and explained the medical issue is going to be noted and escalated. This was explained while we were both in the cell

7. However, despite being noted and assumed escalated, Mr. Credico was eventually called out one night for what we thought was his final ear flush treatment. However, as I watched Credico get called out during lock-down during the night into the hallway, when he arrived back I asked him how did it go. To which Mr. Credico replied they tried to treat him over a boil blister.

8. I asked why a boil because I never witnessed him complain nor file grievances over a medical boil blister emergency

9. Eventually, 3 months later Mr. Credico finally obtained a treatment and he had his hearing back and could maneuver around a lot better and freely and didn't need to rely upon my assistance at all

DATED: 3/26/2026                  SIGNED: /s/ Nick Hardisty