IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

---

JUSTIN CREDICO ) CAUSE NO: 1:24-cv-00931-JRS-TAB

    v. )

         ) MOTION FOR RECONSIDERATION

1) COMPREHENSIVE )

CORRECTIONAL CARE FOR )

HAMILTON COUNTY )

> **FILED**
>
> **03/31/2026**
>
> **U.S. DISTRICT COURT**
> **SOUTHERN DISTRICT OF INDIANA**
> **Kristine L. Seufert, Clerk**

---

MOTION FOR RECONSIDERATION

---

RELIEF REQUESTED

Plaintiff hereby seeks reconsideration of the District Court's Order dating 3/30/26,

seeking an Order for Compelled Disclosure based upon missed facts which present

manifest error due to them being overlooked

FACTS ON RECORD

1. Plaintiff sought responsive documents or alternatively, a declaration from

Defendants as to why normal medical business records can not be obtained

2. Defendants, originally stated in Plaintiff's original complaint prior to it being

amended, that there were no further responsive records

3. Plaintiff sought subpoena and all of a sudden several responsive records were produced

4. Upon reviewing these records, Plaintiff brought forth the Motion to Compel Disclosure that this court had just ruled upon 3/30/26

5. In the Court's order it stated "Plaintiff has not disclosed what steps, if any, he has taken to obtain the documents"

6. Accordingly, plaintiff declares that the Court has overlooked exhibit labeled Request1 and Request2 and they are now attached as images below

Your clients are missing the medical record and report over the fake boil that didn't exist and further showed failure of proper treatment

Where is it, in the sheriff's records and reports they have it listed that I was improperly treated over fake boil

And my witness can also verify this transpired

Where is that boil record

On Fri, Mar 20, 2026, 3:49 PM Kogler, Roxanne <rkogler@dsvlaw.com> wrote:

Attached are Defendant Comprehensive Correctional Care's Initial Disclosures and bates-labeled documents. Thank you.

Roxanne Kogler

*Legal Assistant*

**Drewry Simmons Vornehm, LLP**

736 Hanover Place, Suite 200

Carmel, IN 46032

(317) 580-4848

(317) 580-4855 (fax)

rkogler@dsvlaw.com

www.DSVlaw.com

This e-mail contains information that is privileged, confidential, and subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing or otherwise using this information if you are not the intended recipient. If you have received this e-mail in error, please notify us immediately by return e-mail and delete this email and all attachments from your system. Thank you.

On Mon, Mar 23, 2026, 2:03 PM Kalmbach, Melanie <mkalmbach@dsvlaw.com> wrote:

Good afternoon, Mr. Credico,

I have produced all documentation that I received from 3C regarding your detention at Hamilton County Jail. I also double checked with 3C to ensure that I received all documentation maintained by it with respect to your care and treatment at Hamilton County Jail. I am not in receipt of any records from Hamilton County Sheriff's Office regarding the alleged boil treatment that you referenced in your email. The only records you forwarded with your Initial Disclosures are your grievance records and your own note about a fake boil. Please forward any additional documents you received from the Hamilton County Sheriff's Office to me as a supplement to your Initial Disclosures.

Thank you,

Melanie A. Kalmbach
Partner
**Drewry Simmons Vornehm, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 (fax)
mkalmbach@dsvlaw.com
www.DSVlaw.com

**From:** J <jmc31337@gmail.com>
**Sent:** Friday, March 20, 2026 7:41 PM
**To:** Kogler, Roxanne <rkogler@dsvlaw.com>
**Cc:** Kalmbach, Melanie <mkalmbach@dsvlaw.com>

On Wed, Mar 25, 2026, 8:11 AM Kalmbach, Melanie <mkalmbach@dsvlaw.com> wrote:
Good morning, Mr. Credico,

Again, I have confirmed with my client that all of the medical records we sent were all of the records maintained by 3C. There are no additional medical records.

Best,

Melanie A. Kalmbach
Partner
**Drewry Simmons Vornehm, LLP**
736 Hanover Place, Suite 200
Carmel, IN 46032
(317) 580-4848
(317) 580-4855 (fax)
mkalmbach@dsvlaw.com
www.DSVlaw.com

**From:** J <jmc31337@gmail.com>
**Sent:** Monday, March 23, 2026 7:27 PM
**To:** Kalmbach, Melanie <mkalmbach@dsvlaw.com>
**Cc:** Kogler, Roxanne <rkogler@dsvlaw.com>
**Subject:** Re: Credico v. Comprehensive Correctional Care

So now Imma have my witness sign initial a 28 usc 1746 declaration which will show your clients are lying and I'm not making shit up

Also I'll be filling for compelled disclosure from the interested party sheriff's all the central control call out logs (it's r-block max security they log everything.) surrounding

ARGUMENT

Reconsideration motions must pin-point exact omissions that have occurred

and the overlooked evidence must be dispositive to the issue (here Compelled

Disclosure,) and must demonstrate that the correction would have changed the outcome of the prior order

## A. PLAINTIFF'S INFORMAL REQUESTS

The above 3 exhibits (which should have been part of Request1 and Request2 Exhibits in the plaintiff's prior motion to compel request) show plaintiff is using the only means he has available to send and receive responsive records. He originally when filing this lawsuit, was told there are none. Then, he obtained some after the Complaint was Amended. Now that we have some records, its common sense there should be more. Plaintiff has been through medical records requests before, psychology/psychiatry evaluations before, and there are always more than these computer database screenshots that he is receiving as being responsive.

## DECLARATION

I hereby declare that all the statements, facts, and records herein are true and correct to the best of my knowledge and belief, under penalties of perjury and unsworn falsification to authorities in accordance with 28 USC 1746

## CONCLUSION

Wherefore, Plaintiff having shown a factual omission occurred, manifest error can be averted, and his overlooked exhibits relate to a dispositive fact for this compelled disclosure, he should be given an order for compelled disclosure

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March 2026, one true and correct copy

of this enclosed Motion Reconsideration was sent via Electronic Case Filing to all

parties with entry of appearances

3/31/26                                   /s/ Justin Credico

_____                          _____

DATED                                Justin Credico